**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Johnny Andrew Parsons, Appellant,

v.

Tabatha Jacobs Parsons, Respondent.

Appellate Case No. 2012-212706

———————

Appeal From Williamsburg County
Angela R. Taylor, Family Court Judge

———————

Unpublished Opinion No. 2015-UP-047
Submitted December 1, 2014 – Filed January 28, 2015

———————

**AFFIRMED**

———————

Gregory B. Askins, of Askins Chandler & Askins, of Hemingway, and Brooks Roberts Fudenberg, of Law Office of Brooks R. Fudenberg, of Mount Pleasant, for Appellant.

Tabatha Jacobs Parsons, of Georgetown, pro se.

———————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Crossland v. Crossland*, 408 S.C. 443, 452, 759 S.E.2d 419, 423 (2014) ("An award of alimony rests within the sound discretion of the family court

and will not be disturbed absent an abuse of discretion."); S.C. Code Ann. § 20-3-130(C) (2014) (listing the factors a court must consider in determining an award of alimony); *Bodkin v. Bodkin*, 388 S.C. 203, 215-16, 694 S.E.2d 230, 237 (Ct. App. 2010) (providing no single factor is dispositive in making an alimony award).

**AFFIRMED.**[1]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.